■ The People of the State of New York, Respondent, v James Rizzo, Appellant. [993 NYS2d 507]—Order, Supreme Court, New York County (Rena K. Uviller, J.), entered on or about February 8, 2013, which adjudicated defendant to be a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C) unanimously affirmed, without costs.

The court properly exercised its discretion in declining to grant a downward departure (*see People v Gillotti*, 23 NY3d 841, 856-857 [2014]; *People v Cintron*, 12 NY3d 60, 70 [2009], *cert denied* 558 US 1011 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). Neither defendant's age nor any other factors cited by defendant warranted a downward departure, particularly in light of the seriousness of the underlying sex crime. Concur—Tom, J.P., Sweeny, Renwick, Andrias and Clark, JJ.

■ The People of the State of New York, Respondent, v Angel Marquez, Appellant. [993 NYS2d 507]—Judgment, Supreme Court, New York County (Larry Stephen, J., at plea and sentencing), rendered on or about January 23, 2010, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1st Dept 1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Tom, J.P., Sweeny, Renwick, Andrias and Clark, JJ.